**Fill in this information to identify the case:**

Debtor name _D Town Trucking, LLC_

United States Bankruptcy Court for the: _Northern_ _____ District of _Texas_
                                                                              (State)

Case number (If known): _23-30590-swe7_ _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                     $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $_____
   4.2. _____     $_____

5. **Total of Part 1**                                                                  $_____

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____     $_____
   7.2. _____     $_____

Debtor  D Town Trucking, LLC _____    Case number (if known) 23-30590-swe7
Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    | $_____ |

---

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    _____ – _____ = .......➔    $_____
                                    face amount              doubtful or uncollectible accounts

11b. Over 90 days old:       _____ – _____ = .......➔    $_____
                                    face amount              doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $_____ |

---

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    | $_____ |

---

D Town Trucking, LLC

| Debtor | | 23-30590-swe7 |
|---|---|---|
| | Name | Case number *(if known)* |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                        $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    D Town Trucking, LLC
_____
Name

Case number (if known) 23-30590-swe7
_____

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.

   $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ■ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** none | $_____ | _____ | $_____ |
| 40. **Office fixtures** none | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** A computer (unknown type) | $ unknown | N/A | $ unknown |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 none | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   $ unknown

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ■ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ■ No

   ☐ Yes

Debtor    D Town Trucking, LLC                                     Case number *(if known)*  23-30590-swe7
         _____
         Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  2007 Freightliner Century Class CST120 (VIN 1FUJBBCK87PX36752) | $ unknown | n/a | $ unknown |
| 47.2  2006 Transcraft Trailer (VIN 1TTF4820962014491) | $ unknown | n/a | $ unknown |
| 47.3  2016 Freightliner Cascadia 125 (VIN 3AKJGLD50GSHC0183) | $ unknown | n/a | $ unknown |
| 47.4  2014 Freightliner Cascadia (VIN 1FUJGLDV5ELFV4367) | $ unknown | n/a | $ unknown |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1  None | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1  None | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| None | $ | | $ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ unknown

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor   D Town Trucking, LLC
         _____
         Name

Case number (*if known*)  23-30590-swe7

---

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**
  - ☐ No. Go to Part 10.
  - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Truck Parking Area on Dallas on South Central Expressway at Simpson Stuart | Lease | $ unknown | n/a | $ unknown |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ unknown

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
  - ☑ No
  - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  - ☑ No
  - ☐ Yes

---

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
  - ☑ No. Go to Part 11.
  - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ _____

---

Debtor    D Town Trucking, LLC
   Name

Case number *(if known)* 23-30590-swe7

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

None

_____ − _____ = ➜ $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None

| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

Liability policies with Clear Blue Insurance Company and Mohave Insurance in Arizona

$ 690,000+

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Claims against Clear Blue Insurance Company and Sargent Law, P.C.

$ 1,000,000+

**Nature of claim**    Bad Faith/Breach of Contract and Legal Malpractice

**Amount requested**    $ not filed

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None

$_____

**Nature of claim**    _____

**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

None

$_____

77. **Other property of any kind not already listed**    *Examples:* Season tickets, country club membership

None

$_____

$_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 1,690,000+

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

Debtor   D Town Trucking, LLC
Name
Case number *(if known)*   23-30590-swe7

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ unknown | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................. ➔ | | $ unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,690,000+ | |
| 91. **Total.** Add lines 80 through 90 for each column. ........................... 91a. | $ 1,690,000+ | 91b. + $ unknown |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................   $ 1,690,000+

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | D Town Trucking, LLC |
| United States Bankruptcy Court for the: | Northern _____ District of Texas |
| | (State) |
| Case number (If known): | 23-30590-swe7 |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ■ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ **Yes.** Fill in all of the information below.

## Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

**2.2** Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                     $_____

Debtor _____    Case number (if known)_____
        Name

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---------|---------------------|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | |  |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| **Creditor's mailing address** | _____ | | |
| _____ | _____ | | |
| _____ | **Describe the lien** | | |
| | _____ | | |

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    - _____
    - _____
    - _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.__**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | |  |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| **Creditor's mailing address** | _____ | | |
| _____ | _____ | | |
| _____ | **Describe the lien** | | |
| | _____ | | |

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    - _____
    - _____
    - _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor _____    Case number (if known) _____
       Name

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

---

**Fill in this information to identify the case:**

Debtor    D Town Trucking, LLC

United States Bankruptcy Court for the:    Northern    District of    Texas
                                                                  (State)

Case number    23-30590-swe7
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). **Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** <br><br>_____ <br>_____ <br>_____ <br><br>**Date or dates debt was incurred** <br>_____ <br><br>**Last 4 digits of account number** ___ ___ ___ ___ <br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** <br>*Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br><br>**Basis for the claim:** <br>_____ <br><br>**Is the claim subject to offset?** <br>☐ No <br>☐ Yes | $_____ | $_____ |
| **2.2** | **Priority creditor's name and mailing address** <br><br>_____ <br>_____ <br>_____ <br><br>**Date or dates debt was incurred** <br>_____ <br><br>**Last 4 digits of account number** ___ ___ ___ ___ <br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** <br>*Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br><br>**Basis for the claim:** <br>_____ <br><br>**Is the claim subject to offset?** <br>☐ No <br>☐ Yes | $_____ | $_____ |
| **2.3** | **Priority creditor's name and mailing address** <br><br>_____ <br>_____ <br>_____ <br><br>**Date or dates debt was incurred** <br>_____ <br><br>**Last 4 digits of account number** ___ ___ ___ ___ <br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** <br>*Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br><br>**Basis for the claim:** <br>_____ <br><br>**Is the claim subject to offset?** <br>☐ No <br>☐ Yes | $_____ | $_____ |

Debtor    D Town Trucking, LLC
         Name

Case number *(if known)* 23-30590-swe7

---

| Part 1. | Additional Page |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.__**  Priority creditor's name and mailing address

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**  Priority creditor's name and mailing address

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**  Priority creditor's name and mailing address

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**  Priority creditor's name and mailing address

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor    B Town Trucking, LLC                                    Case number (if known)  23-30590-swe7
          Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,723,017.62 |
|---|---|---|
| Lindzey Harris, 303 House Street, Lufkin, Texas 75904 | Check all that apply. | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim:  Personal Injury Judgment | |
| Date or dates debt was incurred    1/21/2020 | Is the claim subject to offset? | |
| Last 4 digits of account number    N/A _ _ _ _ | ■ No    ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Unknown |
|---|---|---|
| C T CORPORATION SYSTEM, AS REPRESENTATIVE | Check all that apply. | |
| | ☐ Contingent | |
| 330 N BRAND BLVD, SUITE 700, ATTN: SPRS GLENDALE, CA 91203 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim:  Unknown | |
| Date or dates debt was incurred    unknown | Is the claim subject to offset? | |
| Last 4 digits of account number    N/A _ _ _ _ | ■ No    ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Unknown |
|---|---|---|
| BMF ADVANCE | Check all that apply. | |
| | ☐ Contingent | |
| 1022 AVE M BROOKLYN, NY 11230 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim:  Unknown | |
| Date or dates debt was incurred    Unknown | Is the claim subject to offset? | |
| Last 4 digits of account number    N/A _ _ _ _ | ■ No    ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Unknown |
|---|---|---|
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | Check all that apply. | |
| | ☐ Contingent | |
| PO BOX 2576; SPRINGFIELD, IL 62708 | ☐ Unliquidated | |
| UCCSPREP@CSCGLOBAL.COM | ☐ Disputed | |
| | Basis for the claim:  Unknown | |
| Date or dates debt was incurred    Unknown | Is the claim subject to offset? | |
| Last 4 digits of account number    N/A _ _ _ _ | ■ No    ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Unknown |
|---|---|---|
| FIRST CORPORATE SOLUTIONS, AS REPRESENTATIVE | Check all that apply. | |
| | ☐ Contingent | |
| 914 S STREET / SACRAMENTO, CA 95811 | ☐ Unliquidated | |
| SPRS@FICOSO.COM | ☐ Disputed | |
| | Basis for the claim:  Unknown | |
| Date or dates debt was incurred    Unknown | Is the claim subject to offset? | |
| Last 4 digits of account number    N/A _ _ _ _ | ■ No    ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 5,903.00 |
|---|---|---|
| VOX Funding LLC | Check all that apply. | |
| | ☐ Contingent | |
| 14 E 44th St 4th Floor, New York, NY 10017 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim:  Unknown (Civil Judgment) | |
| Date or dates debt was incurred    Unknown | Is the claim subject to offset? | |
| Last 4 digits of account number    N/A _ _ _ _ | ■ No    ☐ Yes | |

Debtor ___D Town Trucking, LLC_____    Case number _(if known)_ _23-30590-swe7_
       Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. David Hobbs<br>2800 Post Oak Blvd, Suite 4000, Houston, Texas 77056<br>(Attorney for Lindzey Harris) | Line _3.1_<br>☐ Not listed. Explain _____ | N/A_ __ __ __ |
| 4.2. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____
         Name

Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,723,017.62+ |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 1,723,017.62+ |

**Fill in this information to identify the case:**

Debtor name ___D Town Trucking, LLC___

United States Bankruptcy Court for the: ___Northern___    District of ___Texas___
(State)

Case number (If known): ___23-30590-swe7___    Chapter ___7___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease of a parking space for trucks | unknown |
| | | Debtor is the lessee | |
| | State the term remaining | unknown | |
| | List the contract number of any government contract | unknown | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Liability insurance for trucking business | Mohave Transportation Insurance Co., Inc. |
| | | Debtor is the insured | 2200 S. 75th Ave. Phoenix AZ 85043 |
| | State the term remaining | unknown | |
| | List the contract number of any government contract | unknown | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Liability insurance for trucking business | Clear Blue Insurance Company |
| | | Debtor is the insured | 200 South College St. Suite 1910 Charlotte NC 28202 |
| | State the term remaining | None | (On information and belief, this contract is not executory and debtor has no obligations left to perform, however it is listed here in an abundance of caution.) |
| | List the contract number of any government contract | N/A | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name _D Town Trucking, LLC_

United States Bankruptcy Court for the: _Northern_ District of _Texas_
(State)

Case number (If known): _23-30590-swe7_

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | Romar Bernard | 1410 DALVIEW AVE (Last Known)<br>Street<br><br>DALLAS    TX    75203<br>City    State    ZIP Code | Lindzey Harris | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | Kennard Nichols | 2004 STONEWOOD DR<br>Street<br><br>LANCASTER    TX    75134<br>City    State    ZIP Code | VOX Funding LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___D Town Trucking, LLC_____

United States Bankruptcy Court for the: ___Northern___ District of ___Texas___
(State)

Case number (If known): ___23-30590-swe7___

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**    **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* .............................................................

        $ Unknown

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* ...........................................................

        $ 1,690,000+

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* .............................................................

        $ 1,690,000+

---

**Part 2:**    **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................

    $ 0

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...............................

        $ 0

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................

        + $ 1,723,017.62+

4. **Total liabilities**............................................................................................................
    Lines 2 + 3a + 3b

    $ 1,723,017.62+