**Fill in this information to identify the case:**

Debtor name: D Town Trucking, LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 23-30590-swe7

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2023 | to Filing date | ■ Operating a business<br>☐ Other _____ | $0 |
| For prior year: | From 01/01/2022 | to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $0 |
| For the year before that: | From 01/01/2021 | to 12/31/2021 | ■ Operating a business<br>☐ Other _____ | $1,000,000 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ | to Filing date | _____ | $_____ |
| For prior year: | From _____ | to _____ | _____ | $_____ |
| For the year before that: | From _____ | to _____ | _____ | $_____ |

Debtor    D Town Trucking, LLC    Case number (if known) 23-30590-swe7
         Name

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Unknown<br>Creditor's name<br>Street<br>City   State   ZIP Code | Unknown | $ Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br>Street<br>City   State   ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Unknown<br>Insider's name<br>Street<br>City   State   ZIP Code<br>**Relationship to debtor** | Unknown | $ Unknown | Unknown |
| 4.2. | Insider's name<br>Street<br>City   State   ZIP Code<br>**Relationship to debtor** | | $ | |

Official Form 207         **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**         page **2**

Debtor __D Town Trucking, LLC_____  Case number (*if known*) _23-30590-swe7_____
         Name

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Unknown (Creditor's name) / Street / City State ZIP Code | Unknown | Unknown | $ Unknown |
| 5.2. | (Creditor's name) / Street / City State ZIP Code | | | $ |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Unknown (Creditor's name) / Street / City State ZIP Code | Unknown  Last 4 digits of account number: XXXX– __ __ __ __ | Unknown | $ Unknown |

## Part 3:  Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Lindzey Harris and Heather Beaudoin v. D Town Trucknig et al. | Personal Injury Lawsuit | District Court of Dallas County, Texas, 134th District (Name) / George L. Allen, Sr. Courts Building, 600 Commerce St (Street) / Dallas, Texas 75202 | ☐ Pending  ■ On appeal  ☐ Concluded |
| | **Case number** DC-20-11848 | | | |
| 7.2. | Clear Blue Insurance Compay v. D Town Trucking et al. | Declaratory Action | United States District Court for Northern District of Texas (Name) / 1100 Commerce Street, Room 1452 (Street) / Dallas, Tx 75242 | ■ Pending  ☐ On appeal  ☐ Concluded |
| | **Case number** 3:22-cv-02848-L | | | |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 3

Debtor  D Town Trucking, LLC                                                    Case number (if known) 23-30590-swe7
     Name

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| _____ Street | **Case title** | **Court name and address** |
| _____ | _____ | _____ Name |
| _____ City    State    ZIP Code | **Case number** | _____ Street |
| | _____ | _____ |
| | **Date of order or assignment** | _____ City    State    ZIP Code |
| | _____ | |

### Part 4:  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Unknown _____ Recipient's name | Unknown _____ | Unknown _____ | $ Unknown _____ |
| Street _____ | _____ | | |
| City    State    ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | _____ | _____ | $ _____ |
| Street _____ | _____ | | |
| City    State    ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |

### Part 5:  Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| Unknown _____ | Unknown _____ | Unknown _____ | $ Unknown _____ |

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **4**

Debtor  D Town Trucking, LLC  
Name

Case number (*if known*) 23-30590-swe7

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Unknown | Unknown | Unknown | $ Unknown |

**Address**

_____  
Street

_____  
City                State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | _____ | _____ | $ _____ |

**Address**

_____  
Street

_____  
City                State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.  
Do not include transfers already listed on this statement.

❏ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| Unknown | Unknown | Unknown | $ Unknown |

**Trustee**

_____

Debtor  D Town Trucking, LLC  
Name

Case number (*if known*) 23-30590-swe7

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

❏ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Unknown | Unknown | Unknown | $ Unknown |
| | **Address** | | | |
| | Street | | | |
| | City / State / ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 13.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City / State / ZIP Code | | | |
| | **Relationship to debtor** | | | |

## Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❏ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 126 JOHNSTON RD  
Street  
WAXAHACHIE, TX 75165  
City / State / ZIP Code | From Unknown | To Unknown |
| 14.2. | 1801 N. Hampton, Suite 410  
Street  
DeSoto, TX 75115  
City / State / ZIP Code | From Unknown | To Unknown |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **6**

Debtor  D Town Trucking, LLC  
Name

Case number (if known) 23-30590-swe7

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.  
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name _____ Street _____ City  State  ZIP Code | _____ _____ **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ _____ | _____ **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____ Facility name _____ Street _____ City  State  ZIP Code | _____ _____ **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ _____ | _____ **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.  
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?  
☐ No  
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.  
Yes. Does the debtor serve as plan administrator?  
  ☐ No. Go to Part 10.  
  ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?  
☐ No  
☐ Yes

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page 7

Debtor  D Town Trucking, LLC  
Name

Case number (*if known*) 23-30590-swe7

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Unknown (Name / Street / City State ZIP Code) | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | Unknown | $ Unknown |
| 18.2. _____ (Name / Street / City State ZIP Code) | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Unknown (Name / Street / City State ZIP Code) | Unknown  Address | Unknown | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Unknown (Name / Street / City State ZIP Code) | Unknown  Address | Unknown | ☐ No ☐ Yes |

Debtor  D Town Trucking, LLC  
     Name

Case number (*if known*) 23-30590-swe7

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Unknown<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | Unknown<br>_____<br>_____ | Unknown<br>_____<br>_____ | $_____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:
- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No
☐ Yes. Provide details below.

| Case title<br>_____<br>Case number<br>_____ | Court or agency name and address<br>_____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | Nature of the case<br>_____<br>_____ | Status of case<br>☐ Pending<br>☐ On appeal<br>☐ Concluded |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Unknown<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | Unknown<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | Unknown<br>_____<br>_____ | Unknown |

Debtor   D Town Trucking, LLC _____    Case number (*if known*) 23-30590-swe7 _____
      Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

❑ No
❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Unknown<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code | Unknown<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code | Unknown<br>_____<br>_____ | Unknown |

---

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

❑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Unknown<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code | Unknown<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____ To _____ |
| 25.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____ To _____ |
| 25.3. | _____<br>Name<br>_____<br>Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____ To _____ |

---

Debtor    D Town Trucking, LLC                                      Case number (*if known*) 23-30590-swe7
         Name

26. **Books, records, and financial statements**

   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ❏ None

   | | Name and address | Dates of service |
   |---|---|---|
   | 26a.1. | Unknown<br>Name<br>_____<br>Street<br>_____<br>City          State          ZIP Code | From Unknown  To Unknown |
   | 26a.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City          State          ZIP Code | From _____  To _____ |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ❏ None

   | | Name and address | Dates of service |
   |---|---|---|
   | 26b.1. | Unknown<br>Name<br>_____<br>Street<br>_____<br>City          State          ZIP Code | From Unknown  To Unknown |
   | 26b.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City          State          ZIP Code | From _____  To _____ |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ❏ None

   | | Name and address | If any books of account and records are unavailable, explain why |
   |---|---|---|
   | 26c.1. | Unknown<br>Name<br>_____<br>Street<br>_____<br>City          State          ZIP Code | Unknown |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **11**

Debtor  D Town Trucking, LLC  
Name

Case number (*if known*) 23-30590-swe7

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Name / Street / City / State / ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

❏ None

**Name and address**

26d.1. Unknown  
Name  
Street  
City  State  ZIP Code

**Name and address**

26d.2.  
Name  
Street  
City  State  ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

❏ No  
❏ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Unknown | Unknown | $ Unknown |

**Name and address of the person who has possession of inventory records**

27.1.  
Name  
Street  
City  State  ZIP Code

Debtor  **D Town Trucking, LLC**  Case number (*if known*) 23-30590-swe7
       Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.
_____
Name
_____
Street
_____
City                         State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kennard Nichols | 2004 STONEWOOD DR LANCASTER, TX 75134 | Owner | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
  ❑ No
  ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tommie J. Byrd | Unknown | Owner | From Uknown To 2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
   ❑ No
   ❑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Unknown (Name) | Unknown | Unknown | Unknown |

Street
_____
City          State     ZIP Code
**Relationship to debtor**
_____

Debtor  D Town Trucking, LLC                    Case number (*if known*) 23-30590-swe7
        Name

**Name and address of recipient**

30.2
     Name

     Street

     City            State        ZIP Code

     **Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ❏ No
    ❏ Yes. Identify below.

    | Name of the parent corporation | Employer Identification number of the parent corporation |
    |---|---|
    | Unknown | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ❏ No
    ❏ Yes. Identify below.

    | Name of the pension fund | Employer Identification number of the pension fund |
    |---|---|
    | Unknown | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/15/2023
             MM / DD / YYYY

✗ /S David Hobbs                                    Printed name  David Hobbs
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor   Attorney for Petitioning Creditor Lindzey Harris

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
❏ Yes